# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 14, 2017

## NO. 03-17-00048-CV

**A. W. and R. R., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES FIELD AND BOURLAND
## AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the trial court's order terminating appellants' parental rights signed on January 12, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order terminating appellants' parental rights. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.